*E-FILED - 9/11/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DWAYNE E. DAVIS, | ) | No. C 07-1578 RMW (PR) |
| Petitioner, | ) | ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT |
| vs. | ) | |
| MIKE C. KRAMER, Warden | ) | (Docket No. 7) |
| Respondent. | ) | |

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was dismissed as a second or successive petition pursuant to 28 U.S.C. § 2244(b), without prejudice to refiling after petitioner obtains the necessary authorization from the Ninth Circuit. Petitioner has filed a motion for relief from judgment (Docket No. 7). Petitioner's motion addresses the merits of his petition and does not discuss the requirement that he get authorization for a second or successive application. Although a prisoner may have grounds under § 2244 (2)(b) for a second or successive application, § 2244(3)(A) requires that the applicant must "move in the *appropriate court of appeals* for an order authorizing the district court to consider the application." (emphasis added). Since petitioner has not obtained the required

/ / /

/ / /

1  authorization, his motion for relief from judgment is DENIED without prejudice.

3  Dated:  9/10/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge