*E-FILED - 3/18/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DWAYNE E. DAVIS, | ) | No. C 07-1578 RMW (PR) |
| Petitioner, | ) ) | ORDER GRANTING PETITIONER'S MOTION FOR COPIES |
| vs. | ) ) | |
| MIKE C. KRAMER, Warden | ) | (Docket No. 9) |
| Respondent. | ) ) ) | |

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 10, 2007, the court dismissed the petition as a second or successive petition. On October 31, 2008, petitioner filed a motion for one copy of all the documents filed in this case so that he can file an application for a second or successive petition to the Ninth Circuit Court of Appeal. The court GRANTS petitioner's motion. The Clerk shall send a standard "Request for Copies" form to plaintiff to fill out his request.

IT IS SO ORDERED.

DATED: 3/16/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Petitioner's Motion for Copies
P:\PRO-SE\SJ.Rmw\HC.07\Davis578misc.wpd